**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KENNETH RAY PITTS** **PLAINTIFF**
**ADC #085938**

**v.** **CASE NO. 4:26-CV-00572-BSM**

**TONEY JOHNSON, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE